UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | |
|---|---|
| SAM PANAMA TRADING CO. LTD., | : |
| Plaintiff/Counterclaim-Defendant, | : No. 12-cv-7082 (JSR)(DCF) |
| and SAMODA INTERNATIONAL CORP. | : **STIPULATION OF DISMISSAL** |
| Plaintiff, | : **WITH PREJUDICE** |
| - against – | : |
| VIACOM INTERNATIONAL INC. and MTV NETWORKS, | : |
| Defendants/Counterclaim-Plaintiffs | : |

------------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for all of the parties in the above-captioned matter, that pursuant to Rule 41 of the Federal Rules of Civil Procedure, the above-captioned action be and the same is hereby dismissed with prejudice and without costs to any party as against the other.

[SIGNATURES ON FOLLOWING PAGE]

2788430.1

Dated: New York, New York
January 29, 2013

THE SYDOW FIRM LLP

_____
Michael Sydow
1980 Post Oak Parkway, Suite 2100
Houston, TX 77056

*Attorneys for Plaintiffs Sam Panama Trading Co. Ltd. and Samoda International Corp.*

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

_____
Emily A. Stubbs (estubbs@fklaw.com)
Christopher M. Colorado (ccolorado@fklaw.com)
7 Times Square
New York, New York 10036
(212) 833-1100

*Attorneys for Defendants Viacom International Inc. and MTV Networks*

2

2788430.1